## S08A1817. SAPP v. THE STATE.
### (670 SE2d 67)

MELTON, Justice.

On March 23, 1989, Roger Sapp was convicted by a jury of felony murder based on the underlying felony of possession of a firearm by a convicted felon. Sapp was sentenced to life imprisonment for felony murder. In *Sapp v. State*, 260 Ga. 86 (390 SE2d 38) (1990), this Court affirmed Sapp's conviction. On September 27, 2007, Sapp filed a motion to vacate his sentence, contending that his felony murder conviction was void because it could not be merged with or supported by the underlying felony of possession of a firearm by a convicted felon. The superior court denied Sapp's motion, and, acting pro se, he appeals.

Sapp's contention is misplaced. As we have previously decided,

> [t]he only limitation on the type of felony that may serve as an underlying felony for a felony murder conviction is that the felony must be inherently dangerous to human life. A felony is inherently dangerous when it is dangerous per se or by its circumstances creates a foreseeable risk of death. Depending on the facts, possession of a firearm by a convicted felon can be an inherently dangerous felony.

(Punctuation and footnotes omitted.) *Hines v. State*, 276 Ga. 491, 493 (3) (578 SE2d 868) (2003). In this case, "the evidence showed that

---

[Sapp] and the victim were arguing over money that [Sapp] claimed the victim owed him. The victim attempted to leave the scene of the argument, but [Sapp] fired a gun at him, inflicting a fatal wound." *Sapp*, supra at 86-87. Under these facts, Sapp's possession of a firearm could be considered an inherently dangerous felony supporting his conviction for felony murder. As a result, Sapp's conviction was proper. Sapp's sentence was proper as well. See *Lawson v. State*, 280 Ga. 881 (3) (635 SE2d 134) (2006) (felony murder predicated on possession of a firearm by a convicted felon carries a mandatory life sentence).

*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 3, 2008 —
RECONSIDERATION DENIED DECEMBER 16, 2008.

Roger E. Sapp, *pro se.*

*Stephen D. Kelley, District Attorney, Robert German, Jr., Assistant District Attorney, Thurbert E. Baker, Attorney General,* for appellee.